# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SHARING SOUND, LLC, § § Plaintiff, § § v. § Civil Action No. 2:10-CV-00155-DF § AMAZON.COM, INC., ET AL., § § Defendants. § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff, Sharing Sound, LLC, against defendant Barnes & Noble, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff, Sharing Sound, LLC, against Barnes & Noble, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated June 14, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 22nd day of August, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE